**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **LAUREN RICHWINE and DEATH DONE DIFFERENTLY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:23-cv-00370-HAB-SLC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KATHLEEN DIANE MATUSZAK, THOMAS SPROLES, FRANK DOWNING, and CHRISTOPHER COOKE, in their official capacities as members of the Indiana State Board of Funeral & Cemetery Service; THEODORE ROKITA, in his official capacity as Attorney General of Indiana; and LINDSAY HYER, in her official capacity as Executive Director of the Indiana Professional Licensing Agency,** | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

### Notice of Appeal

Notice is hereby given pursuant to Federal Rule of Appellate Procedure 3 that Defendants, Kathleen Diane Matuszak, Thomas Sproles, Frank Downing, and Christopher Cooke, in their official capacities as members of the Indiana State Board of Funeral & Cemetery Service; Theodore Rokita, in his official capacity as Attorney General of Indiana; and Lindsay Hyer, in her official capacity as Executive Director of the Indiana Professional Licensing Agency, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's "Opinion and Order" (ECF 38) dated December 19, 2023, which granted Plaintiffs Lauren Richwine and Death Done Differently, LLC's First Motion for Preliminary Injunction (ECF 2) and enjoined the Defendants and their agents from enforcing the Indiana State Board of Funeral &

Cemetery Service's Cease-and-Desist Order against Plaintiffs. All fees have been paid herewith pursuant to Fed. R. App. P. 3(e).

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

 /s/ *Carly A. Brandenburg*
Carly A. Brandenburg, #27038-45
Alan M. Kus, #31388-45
Attorneys for Appealing Defendants, Kathleen Diane Matuszak, Thomas Sproles, Frank Downing, Christopher Cooke, Theodore Rokita, and Lindsay Hyer

**EICHHORN & EICHHORN, LLP**
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Telephone: (219) 931-0560
cbrandenburg@eichhorn-law.com
akus@eichhorn-law.com

## CERTIFICATE OF SERVICE

I, Carly Brandenburg, certify that on January 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Carly A. Brandenburg*
Carly A. Brandenburg

**EICHHORN & EICHHORN, LLP**
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Telephone: (219) 931-0560
cbrandenburg@eichhorn-law.com
akus@eichhorn-law.com