# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



|  |  |  |
|---|---|---|
| Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF CASE OPENING

January 19, 2024

| | |
|---|---|
| No. 24-1081 | LAUREN RICHWINE and DEATH DONE DIFFERENTLY LLC,<br>        Plaintiffs - Appellees<br><br>v.<br><br>KATHLEEN DIANE MATUSZAK, et al.,<br>        Defendants - Appellants |

**Originating Case Information:**

District Court No. 1:23-cv-00370-HAB-SLC
Northern District of Indiana, Fort Wayne Division
District Judge Holly A. Brady
Clerk/Agency Rep Chanda J. Berta

Case filed: 01/19/2024
Case type: cv/pri
Fee status: Paid
Date of Judgment: 12/19/2023
Date NOA filed: 01/18/2024

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 24-1081 | Christopher Cooke | Docketing statement due | 01/25/2024 |
| 24-1081 | Frank Downing | Docketing statement due | 01/25/2024 |
| 24-1081 | Lindsay Hyer | Docketing statement due | 01/25/2024 |
| 24-1081 | Kathleen Diane Matuszak | Docketing statement due | 01/25/2024 |
| 24-1081 | Todd Rokita | Docketing statement due | 01/25/2024 |

| 24-1081 | Thomas Sproles | Docketing statement due | 01/25/2024 |
| 24-1081 | Christopher Cooke | Transcript information sheet | 02/02/2024 |
| 24-1081 | Frank Downing | Transcript information sheet | 02/02/2024 |
| 24-1081 | Lindsay Hyer | Transcript information sheet | 02/02/2024 |
| 24-1081 | Kathleen Diane Matuszak | Transcript information sheet | 02/02/2024 |
| 24-1081 | Todd Rokita | Transcript information sheet | 02/02/2024 |
| 24-1081 | Thomas Sproles | Transcript information sheet | 02/02/2024 |
| 24-1081 | Christopher Cooke | Appellant's brief | 02/28/2024 |
| 24-1081 | Frank Downing | Appellant's brief | 02/28/2024 |
| 24-1081 | Lindsay Hyer | Appellant's brief | 02/28/2024 |
| 24-1081 | Kathleen Diane Matuszak | Appellant's brief | 02/28/2024 |
| 24-1081 | Todd Rokita | Appellant's brief | 02/28/2024 |
| 24-1081 | Thomas Sproles | Appellant's brief | 02/28/2024 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the

Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!
If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**    (form ID: **108**)